## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:26-mj-00482-DUTY |
| v. | |
| Ernest Cheng Lin | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _February 2,_____, _2026_____, at _9:00_____ ☒a.m. / ☐p.m. before the Honorable _Stephanie S. Christensen_____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: _____January 28, 2026_____        _____

U.S. ~~District Judge~~/Magistrate Judge